IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHELE L. DAVIS,<br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security,<br>    Defendant. | Civil No. 6:17-cv-00097-SPS |

## ORDER

The matter before me is **Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g)** (Doc. 13), filed December 4, 2017. By this motion, defendant requests the court remand this matter for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). Having reviewed the motion and the file, I find and conclude that the motion is well-taken and should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g)** (Doc. #13), filed December 4, 2017 is granted,

2. That the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is reversed;

3. That this matter is remanded to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g);

4. That judgment shall enter in favor of plaintiff against defendant in accordance with Fed. R. Civ. P. 58 and consistent with the decision of the United States Supreme Court in *Shalala v. Schaefer*, 509 U.S. 292, 296-302, 113 S.Ct. 2625, 2628-32, 125 L.Ed.2d 239 (1993); and

IT IS SO ORDERED this 5th day of December, 2017.

Steven P. Shreder
United States Magistrate Judge
Eastern District of Oklahoma